■ In the Matter of SHAWN BAILEY-FELTON, Respondent, v MAURICE FELTON, Appellant. [933 NYS2d 900]—

"The determination of whether a family offense was committed is a factual issue to be resolved by the Family Court, and its determinations regarding the credibility of witnesses are entitled to great weight on appeal" (*Matter of Genzen v Genzen*, 74 AD3d 1196 [2010]). Here, the record supports the Family Court's determination that the petitioner established, by a preponderance of the evidence, that the appellant committed certain family offenses, and also reveals the existence of aggravating circumstances justifying the Family Court's five-year order of protection with respect to the petitioner and the parties' two youngest children (*see Matter of Williams v Maise*, 85 AD3d 933 [2011]; *Matter of Kaur v Singh*, 73 AD3d 1178 [2010]; *Matter of Gonzalez v Acosta*, 73 AD3d 921 [2010]; *Matter of Dell'Isola v Dell'Isola*, 19 AD3d 488 [2005]).

The appellant's remaining contentions are without merit. Florio, J.P., Balkin, Belen and Chambers, JJ., concur.